IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

QUITMAN CLARK, III, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-146
)
GILBERT L. STACY, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 9th day of October 2018.

                WILLIAM T. MOORE, JR.
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF GEORGIA